[No. 1431-3.    Division Three.    December 15, 1976.].

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS ELMO BODINE, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 64845, Albert N. Bradford, J., entered February 21, 1975. *Dismissed* by unpublished per curiam opinion.

[No. 4073-1.    Division One.    December 16, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. LOUIS MELVIN WAPPL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 72502, James J. Dore, J., entered August 5, 1975. *Affirmed* by unpublished opinion per James, J., concurred in by Williams, C.J., and Callow, J.

[No. 4702-1.    Division One.    December 16, 1976.]

*In the Matter of the Welfare of* MARTHA ANN ETHRIDGE.

Certiorari to review a judgment of the Superior Court for King County, No. J-72170, David W. Soukup, J., entered April 30, 1976. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Swanson and Andersen, JJ.

[No. 1663-3.    Division Three.    December 17, 1976.]

*In the Matter of the Marriage of* HOWARD KEITH, *Appellant*, and HAZEL KEITH, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 216225, George T. Shields, J., entered July 31, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.